RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk



CLERK ABEL ACOSTA.

MR. ACOSTA, THE REAZON OF THIS LETTER IS,

I RECIBE MY PRO SE REDRAWN PETITION FOR

DISCRETIONARY REVIEW WAS FILED ON 7/10/2015

AND I WANT TO KNOW HOW LONG THE PROCESS

ITS GOING TO TAKE, WHEN I SUPPOSED TO KNOW

AN ANSWER, PLEASE, IF YOU CAN HELP ME

MY NAME IS, Ignacio Martin Gonzalez L. AND MY CASES

NUMBERS ARE:

Tr. Ct. No. 1377914   COA No. 01-13-00901-CR   PD-0104-15

Tr. Ct. No. 1377915   COA No. 01-13-00902-CR   PD-0105-15

Tr. Ct. No. 1377916   COA No. 01-13-00903-CR   PD-0106-15

AND I ALSO LET YOU KNOW, I BEEN TRANSFER

TO STEVENSON UNIT. I AM NOT MORE AT COTULLA

TRANSFER UNIT. FOR ANY LEGAL MAIL YOU MAY

SEND'T TO ME.

THIS IS THE NEW ADDRESS.,

Ignacio M. Gonzalez L.

STEVENSON UNIT. 1890295 (TDC NUMBER)

1525 Fm. 766

Cuero Tx. 77954

MR. ACOSTA, I'M SORRY FOR MY ENGLISH AND IF I

BOTHER YOU.

THANK YOU VERY MUCH.

AND

GOD BLESS YOU